# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| AMIT AZOULAY, IDIT AZOULAY AND ASSAF LAVON | : | No. 568 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| PHILADELPHIA ZONING BOARD OF ADJUSTMENT, CITY OF PHILADELPHIA, HILLCREST PRESERVATION ALLIANCE, LLC, AND FRIENDS OF THE WISSAHICKON | : | |
| | : | |
| PETITION OF: HILLCREST PRESERVATION ALLIANCE, LLC | : | |
| AMIT AZOULAY, IDIT AZOULAY AND ASSAF LAVON | : | No. 569 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| PHILADELPHIA ZONING BOARD OF ADJUSTMENT, CITY OF PHILADELPHIA, HILLCREST PRESERVATION ALLIANCE, LLC, AND FRIENDS OF THE WISSAHICKON | : | |
| | : | |
| PETITION OF: HILLCREST PRESERVATION ALLIANCE, LLC | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal and Application for Permission to File Reply Brief are **DENIED**.